# RETURN OF SERVICE

U.S. District Court     Southern District                    State of Florida

MGRD, INC.

    Plaintiff

vs.

WAIORA, LLC and WAIORA INTERNATIONAL, LTD.

    Defendant

Attorney:

Daniel DeSouza
Daniel DeSouza, Esq.
DeSouza Law, P.A.
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL. 33301

Case Number: 17-cv-60061-BB/Valle

Legal documents received by We Serve Process LLP on **January 11th, 2017 at 9:18 AM** to be served upon **Waiora, LLC c/o Calvarese Professional Accounting (Registered Agent) at 5340 North Federal Highway, Suite #202, Lighthouse Point, FL. 33064**

I, Alex Gardner, swear and affirm that on **January 11th, 2017 at 9:20 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons In A Civil Action; Complaint with Exhibits A-C** to **Brian Calvarese** as **Authorized To Accept** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'8"   Weight: 160 lbs   Skin Color: White   Hair Color: Bald   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

*(signature)*
Alex Gardner
Process Server, # Palm Beach County: 1324, Broward County: 1401

We Serve Process LLP
6333 Blue Bay Circle
Lake Worth, FL 33467

(561) 305-6470

Internal Job ID: 2017000016

Reference Number: DD-011117

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.