IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60061-Bloom/Valle

MGRD, INC.,

    Plaintiff,

v.

WAIORA, LLC and WAIORA
INTERNATIONAL, LTD.,

    Defendants.

---

**CERTIFICATE OF SERVICE OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

I HEREBY CERTIFY that on January 13, 2017, a true and correct copy of Plaintiff's Motion for Preliminary Injunction [D.E. 5] was served on defendants Waiora, LLC and Waiora International, Ltd. via process server. A true and correct copy of the return of service on Waiora, LLC is attached hereto as Exhibit "A." A true and correct copy of the return of service on Waiora International, Ltd. is attached hereto as Exhibit "B." This service is in addition to that made by certified mail to both defendants on January 11, 2017.

4822-9133-6512, v. 1