IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60061-Bloom/Valle

MGRD, INC.,

    Plaintiff,

v.

WAIORA, LLC and WAIORA
INTERNATIONAL, LTD.,

    Defendants.

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's January 30, 2017 Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 11] and Fed. R. Civ. P. 7.1, Plaintiff MGRD, Inc. ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

    A. MGRD, Inc.

    B. Waiora, LLC

    C. Waiora International, Ltd.

    D. Rik Deitsch

    E. Stanley Cherelstein

|  |  |
|---|---|
| Dated: February 7, 2017. | DESOUZA LAW, P.A.<br>101 NE Third Avenue<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 603-1340<br>DDesouza@desouzalaw.com<br><br>By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

DESOUZA LAW, P.A.<br>
/s/ Daniel DeSouza, Esq.\_\_\_\_\_

4825-3838-3170, v. 1