UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60061-BLOOM/Valle

MGRD, INC.,

    Plaintiff,

v.

WAIORA, LLC,
and WAIORA INTERNATIONAL, LTD.,

    Defendants.
_____/

## ORDER RESETTING HEARING

**THIS CAUSE** is before the Court upon an Unopposed Motion to Postpone Preliminary Injunction Hearing, ECF No. [55] (the "Motion"). The Court having considered the Motion and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the Motion, **ECF No. [55]**, is **GRANTED.** The Court sets an Evidentiary Hearing on the Motion for Preliminary Injunction, ECF No. [5], for Thursday, **April 6, 2017** at **9:00 AM** in the Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. The prior-scheduled evidentiary hearing is **VACATED**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record