## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-cv-60061-BLOOM/Valle

MGRD, INC.,

      Plaintiff/Counter-Defendant,

v.

WAIORA, LLC,
and WAIORA INTERNATIONAL, LTD.,

      Defendants/Counter-Plainitffs,

v.

ERIK J. DEITSCH, WELLNESS
INDUSTRIES, INC. and MARK GOLDSTEIN,

      Counter-Defendants.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Vacate Preliminary Injunction and Dismiss Suit, Each Party Bearing its own Fees and Costs ("Motion"), ECF No. [121], asking the Court to vacate the Preliminary Injunction entered on May 8, 2017 and to dismiss this lawsuit. The Court having considered the Motion and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion, **ECF No. [121]**, is **GRANTED.** The Order on Motion for Preliminary Injunction, **ECF No. [114]**, is **VACATED**. The matter is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 30th day of May, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record